UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE MCCARDLE,<br><br>              Plaintiff,<br><br>   vs.<br><br>COBORN'S Inc.,<br><br>             Defendant. | 4:23-CV-04122-KES<br><br><br>JUDGMENT |

Pursuant to this court's Order Dismissing the Case (Docket 20), it is, ORDERED, ADJUDGED, and DECREED that this matter is dismissed upon the merits, with prejudice based on the terms of the parties' agreement and without costs to any party.

Dated October 4, 2024.

                                              BY THE COURT:

                                              /s/ *Karen E. Schreier*
                                              KAREN E. SCHREIER
                                              UNITED STATES DISTRICT JUDGE